```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
ASIYA VICKERS,                                                 :
                           Plaintiff,                          :
                                                               :
            -v-                                                :    22-cv-01781 (LJL)
                                                               :
DEPARTMENT OF VETERAN'S AFFAIRS,                               :    ORDER
                                                               :
                           Defendant.                          :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2022

LEWIS J. LIMAN, United States District Judge:

      An Initial Pretrial Conference was held in this matter on December 9, 2022. Both the Pro Se Plaintiff and counsel for Defendant appeared at the telephonic conference. This order memorializes the schedule set by the Court. Plaintiff's opposition to the motion to dismiss and reply on the motion for default judgment are due by February 3, 2023. Defendant's reply to the motion to dismiss is due by February 17, 2023. All discovery is stayed pending the Court's decision on the motions. Defendant's counsel is ordered to write to the Court, within one week of the Court's decision and if the complaint is sustained and motion for default judgment is denied, requesting a scheduling conference.

      SO ORDERED.

Dated: December 14, 2022
       New York, New York

                                                            LEWIS J. LIMAN
                                            United States District Judge