```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
ASIYA VICKERS,                                                   :
                                                                 :
                        Plaintiff,                               :
                                                                 :
        -v-                                                      :
                                                                 :
DEPARTMENT OF VETERAN'S AFFAIRS,                                 :
                                                                 :
                        Defendant.                               :
                                                                 :
-----------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/09/2023
```

22-cv-1781 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Complaint in this case was filed on March 3, 2022. Dkt. No. 1. On December 20, 2022, Defendant filed a motion to dismiss. Dkt. No. 17. The Court timely received Plaintiff's First Amended Complaint on March 7, 2023, which was filed on March 8, 2023. Dkt. No. 29; *see* Dkt. No. 25 at 2 (granting Plaintiff leave to amend if an amended complaint is received on or before March 7, 2023).

Pursuant to Paragraph 3(C) of the Court's Individual Rules of Practice in Civil Cases, the previously filed motion to dismiss is DENIED as MOOT. The Clerk of Court is respectfully directed to close Dkt. No. 17.

SO ORDERED.

Dated: March 9, 2023
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge