```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
ASIYA VICKERS,                                                       :
                                                                     :
                                Plaintiff,                           :
                                                                     :         22-cv-1781 (LJL)
                -v-                                                  :
                                                                     :             ORDER
DEPARTMENT OF VETERAN'S AFFAIRS,                                     :
                                                                     :
                                Defendant.                           :
                                                                     :
---------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

     The Court will hold a status conference in this matter on September 6, 2023 at 2:00 p.m. The parties are directed to jointly submit to the Court, by one week prior to the conference, a proposed Case Management Plan and Scheduling Order. A template is available at https://www.nysd.uscourts.gov/hon-lewis-j-liman. This document should be filed electronically on ECF, consistent with the Court's Individual Practices in Civil Cases, which are available on the same webpage.

     Separately, Defendant moved to dismiss the amended complaint on April 21, 2023. Dkt. No. 33. Plaintiff has since filed a second amended complaints, *see* Dkt. No. 41, and Defendant has elected to answer the second amended complaint, *see* Dkt. No. 44. Accordingly, the motion to dismiss is DENIED AS MOOT. The Clerk of Court is respectfully directed to close Dkt. No. 33.

     SO ORDERED.

Dated: August 16, 2023  
       New York, New York  
                                                                          LEWIS J. LIMAN  
                                                                        United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 08/16/2023