UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/13/2023
```

-----------------------------------------------------------------------X
                                :

ASIYA VICKERS,                    :

          Plaintiff,        :

                         :          22-cv-01781 (LJL)

      -v-                :

                         :          <u>ORDER</u>

DEPARTMENT OF VETERAN'S AFFAIRS,   :

         Defendant.     :

                         :
-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     A telephonic status conference was held in this matter on September 6, 2023.  Pro Se

Plaintiff and counsel for Defendant appeared at the conference.  Deadlines in the case

management plan were addressed and the case management plan will be entered on the docket.

Parties are to be referred to the Magistrate Judge for Settlement purposes through separate order

of the Court.  A post-discovery status conference is scheduled for March 22, 2024 at 3:00PM.

The conference will be held remotely by telephone and parties are directed to dial into the

Court's teleconference line at 888-251-2909 and use access code 2123101.

     SO ORDERED.

Dated: September 13, 2023
      New York, New York         _____
                                     LEWIS J. LIMAN
                               United States District Judge