UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ASIYA VICKERS,

              Plaintiff,

              -against-

DEPARTMENT OF VETERAN'S AFFAIRS,

              Defendant.
------------------------------------------------------------x

22-CV-1781 (DEH) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a Pre-Settlement Conference Call in this matter on Tuesday, November 7, 2023. The matter is not yet ready for an in-person settlement conference. Should the parties decide that a further Pre-Settlement Conference Call would be productive, they are directed to file a letter on the docket.

**SO ORDERED.**

Dated: November 7, 2023
      New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge